UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | EDCV 23-1077-GW-SPx |
| Date | April 15, 2024 |
| Title | Robert Stalnaker v. Roadrunner Transportation Services, Inc., et al. |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: None Present

Attorneys Present for Defendants: None Present

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [20] was filed on April 15, 2024. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for May 20, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on May 16, 2024.

**cc: MJ SP**

:

Initials of Preparer   JG