# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STALNAKER,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROADRUNNER TRANSPORTATION SERVICES, INC. dba ROADRUNNER FREIGHT, and DOES 1 through 50, Inclusive,<br><br>  Defendant. | Case No. EDCV 23-1077-GW-SPx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. George H. Wu |

Having considered the Joint Stipulation of Dismissal with Prejudice, and finding good cause, the Court hereby ORDERS the above-captioned action DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear their own costs, expenses, and fees.

IT IS SO ORDERED.

Dated: May 16, 2024

_____
HON. GEORGE H. WU
United States District Judge